IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ERIC WHITE, on behalf of himself and all others similarly situated,<br><br>       **Plaintiff,**<br><br>v.<br><br>UNITED AIRLINES, INC. and UNITED CONTINENTAL HOLDINGS, INC.,<br><br>       **Defendants,** | Case No. 19-cv-00114<br><br>Honorable Charles R. Norgle, Sr. |

## PLAINTIFF'S MOTION TO BE DECLARED EXEMPT FROM FILING FEES UNDER 38 U.S.C. § 4323(h)(1)

Plaintiff Eric White, by and through his attorneys, respectfully moves the Court to grant leave to commence his civil action without being required to prepay a filing fee, in accordance with the Uniformed Services Employment and Reemployment Rights Act ("USERRA"), which provides that servicemember-plaintiffs in USERRA actions need not pay fees or court costs. 38 U.S.C. § 4323(h)(1).

Section 4323(h)(1) of USERRA states that "no fees or court costs may be charged or taxed against any person claiming rights under [USERRA]." 38 U.S.C. § 4323(h)(1); *accord* 20 C.F.R. § 1002.310 (stating that "[n]o fees or court costs may be charged or taxed against an individual if he or she is claiming rights under [USERRA].").

As the Seventh Circuit held, when a servicemember-plaintiff commences an action under USERRA, he is exempt from paying any filing fees. *Davis v. Advocate Health Ctr. Patient Care Express*, 523 F.3d 681, 685 (7th Cir. 2008). "In light of the plain language of 38 U.S.C. § 4323(h)(1) and Congress's intent, in USERRA and elsewhere, to lessen the costs of litigation for

veterans . . . 38 U.S.C. § 4323(h)(1) permits a USERRA litigant to initiate suit without prepaying the filing fee." *Id.*

Because Plaintiff's action is brought pursuant to several provisions of USERRA, including 38 U.S.C. §§ 4316 & 4318, Plaintiff need not pay a filing fee in commencing his action.

For the foregoing reasons, Plaintiff respectfully requests that this Court grant Plaintiff's motion to proceed with this action without prepaying a filing fee.

Dated: January 9, 2019  Respectfully submitted,

*/ s / Peter Romer-Friedman*
Peter Romer-Friedman (Admitted to N.D. Ill.)
Outten & Golden LLP
601 Massachusetts Avenue NW
Second Floor West
Washington, DC 20001
Tel: (202) 847-4400
Email: prf@outtengolden.com

Paul W. Mollica (Admitted to N.D. Ill.).
Outten & Golden LLP
161 North Clark Street
Suite 1600
Chicago, IL 60601
(312) 809-7010
pwmollica@outtengolden.com

R. Joseph Barton (Admitted to N.D. Ill.).
Block & Leviton LLP
1735 20th Street NW
Washington, DC 20009
Tel: (202) 734-7046
Fax: (617) 507-6020
Email: jbarton@blockesq.com

Thomas G. Jarrard (*pro hac vice* motion forthcoming)
Law Office of Thomas G. Jarrard LLC
1020 N. Washington Street
Spokane, WA 99201

Tel: (425) 239-7290
Fax: (509) 326-2932
Email: tjarrard@att.net

Matthew Z. Crotty (*pro hac vice* motion pending)
Crotty & Son Law Firm, PLLC
905 W. Riverside Avenue
Suite 404
Spokane, WA 99201
Tel: (509) 850-7011
Email: matt@crottyandson.com

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I, Peter Romer-Friedman, an attorney, hereby certify that on January 9, 2019, I filed the foregoing *PLAINTIFF'S MOTION TO BE DECLARED EXEMPT FROM FILING FEES UNDER 38 U.S.C. § 4323(h)(1)* via the Court's CM/ECF system, which caused a copy of the same to be served upon all counsel of record via ECF, and via certified mail to the following:

    UNITED AIRLINES, INC.
    c/o CT Corporation System
    208 S. LaSalle Street, Suite 814
    Chicago, Illinois 60604

    UNITED CONTINENTAL HOLDINGS, INC.
    c/o CT Corporation System
    208 S. LaSalle Street, Suite 814
    Chicago, Illinois 60604

                                                       */s/ Peter Romer-Friedman*
                                                       Peter Romer-Friedman