PK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

ERIC WHITE,

Plaintiff(s),

v.

UNITED AIRLINES and UNITED
CONTINENTAL HOLDINGS, INC. ,

Defendant(s).

Case No.  19 C 114
Judge CHARLES R. NORGLE

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐      in favor of plaintiff(s)
and against defendant(s)
in the amount of $     ,

      which ☐ includes      pre–judgment interest.
               ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐      in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☒      other: this case is dismissed with preudice.

---

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Norgle on a motion to dismiss.

Date:  7/10/2019

Thomas G. Bruton, Clerk of Court

Eric Fulbright , Deputy Clerk