IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ERIC WHITE, on behalf of himself and all others similarly situated, | Case No. 19-cv-00114 |
| Plaintiff, | |
| v. | Honorable Charles R. Norgle, Sr. |
| UNITED AIRLINES, INC. and UNITED CONTINENTAL HOLDINGS, INC., | |
| Defendants. | |

## NOTICE OF APPEAL

Notice is hereby given that Eric White, on behalf of himself and all others similarly situated, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment dated July 10, 2019 and entered July 12, 2019 dismissing this action with prejudice, ECF No. 45.

Dated: August 9, 2019

Respectfully submitted,

*/s/ Peter Romer-Friedman*
Peter Romer-Friedman (admitted to N.D. Ill.)
Pooja Shethji (admitted *pro hac vice*)*
OUTTEN & GOLDEN LLP
601 Massachusetts Avenue NW
Second Floor West
Washington, DC 20001
Tel: (202) 847-4400
Email: prf@outtengolden.com
Email: pshethji@outtengolden.com

Paul W. Mollica (admitted to N.D. Ill.)
OUTTEN & GOLDEN LLP
161 North Clark Street
Suite 1600
Chicago, IL 60601
Tel: (312) 809-7010
Email: pwmollica@outtengolden.com

R. Joseph Barton (admitted to N.D. Ill.)
BLOCK & LEVITON LLP
1735 20th Street NW
Washington, DC 20009
Tel: (202) 734-7046
Fax: (617) 507-6020
Email: jbarton@blockesq.com

Thomas G. Jarrard (admitted to N.D. Ill.)
LAW OFFICE OF THOMAS G. JARRARD LLC
1020 N. Washington Street
Spokane, WA 99201
Tel: (425) 239-7290
Fax: (509) 326-2932
Email: tjarrard@att.net

Matthew Z. Crotty (admitted *pro hac vice*)
CROTTY & SON LAW FIRM, PLLC
905 W. Riverside Avenue
Suite 404
Spokane, WA 99201
Tel: (509) 850-7011
Email: matt@crottyandson.com

\* Admitted in New York; not yet a member of the D.C. Bar; supervised by a member of the D.C. Bar.

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I, Peter Romer-Friedman, an attorney, hereby certify that on August 9, 2019, I filed the foregoing *Notice of Appeal* via the Court's CM/ECF system, which caused a copy of the same to be served upon all counsel of record via ECF.

                                                        */s/ Peter Romer-Friedman*
                                                        Peter Romer-Friedman