## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**FINAL JUDGMENT**

February 3, 2021

Before:
    DIANE P. WOOD, *Circuit Judge*

    MICHAEL B. BRENNAN, *Circuit Judge*

    MICHAEL Y. SCUDDER, *Circuit Judge*

| | |
|---|---|
| No. 19-2546 | ERIC WHITE,<br>Plaintiff - Appellant<br><br>v.<br><br>UNITED AIRLINES, INC., et al.,<br>Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:19-cv-00114<br>Northern District of Illinois, Eastern Division<br>District Judge Charles R. Norgle | |

    The judgment of the district court is **REVERSED**, with costs, and the case is **REMANDED** for further proceedings consistent with the opinion. The above is in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)