# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## BILL OF COSTS

March 18, 2021

Taxed in Favor of: Appellant Eric White

| No. 19-2546 | ERIC WHITE, Plaintiff - Appellant<br><br>v.<br><br>UNITED AIRLINES, INC., et al., Defendants - Appellees |
|---|---|
| Originating Case Information: | |
| District Court No: 1:19-cv-00114<br>Northern District of Illinois, Eastern Division<br>District Judge Charles R. Norgle | |

The mandate or agency closing letter issued in this cause on March 18, 2021.

BILL OF COSTS issued in the amount of: $411.50.

|   |   | Cost of Each Item | Total Cost Each Item |
|---|---|---|---|
| 1. | For docketing a case on appeal or review or docketing any other proceeding: | _____ | _____ |
| 2. | For reproduction of any record or paper, per page: | _____ | _____ |
| 3. | For reproduction of briefs: | _____ | _$411.50_ |
|   | TOTAL: |   | __$411.50__ |

form name: c7_BillOfCosts(form ID: 140)