IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ERIC WHITE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED AIRLINES, INC. and UNITED CONTINENTAL HOLDINGS, INC.,<br><br>Defendants, | Case No. 19-cv-00114<br><br>Honorable Charles R. Norgle, Sr. |

## ORDER

Upon consideration of the Parties' Joint Motion to Amend Scheduling Order [69], it is hereby ORDERED that the Motion [69] is GRANTED.

The following schedule supersedes the amended scheduling order approved by the Court at ECF No. 68:

    a. Disclosure of rebuttal reports and/or witnesses pursuant to Fed. R. Civ. P. 26(a)(2): January 24, 2022

    b. Expert depositions to be completed: February 18, 2022

    c. Amendment of any pleadings: February 1, 2022

    d. Plaintiff's motion for class certification: March 18, 2022

    e. Defendants' opposition to motion for class certification: April 15, 2022

    f. Plaintiff's reply in support of motion for class certification: April 29, 2022

g. Close of discovery period, subject to the Parties' request for additional discovery following the Court's ruling on Plaintiff's anticipated motion for class certification: April 29, 2022

h. Parties to propose deadlines for additional discovery, a schedule for trial and pretrial submissions, and a briefing schedule for summary judgment motions following the Court's ruling on class certification.

It is so ORDERED.

Dated: 11/3/2021

Hon. Charles R. Norgle, Sr.
United States District Court Judge