IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ERIC WHITE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED AIRLINES, INC. and UNITED CONTINENTAL HOLDINGS, INC.,<br><br>Defendants. | Case No. 19-cv-00114<br><br>Hon. Charles R. Norgle, Sr. |

### DEFENDANTS' MOTION TO WITHDRAW
### THE APPEARANCE OF KATHERINE S. BAILEY

Defendants United Airlines, Inc. ("United") and United Continental Holdings, Inc. (now "United Airlines Holdings, Inc." or "UAH")[1] (collectively, "Defendants"), by and through their undersigned attorneys, submit this Motion to Withdraw the Appearance of Katherine S. Bailey. In support of this Motion, Defendants state as follows:

1. In March 2019, Michael J. Gray and Ann-Marie Woods of JONES DAY filed appearances in this matter, and Douglas W. Hall of JONES DAY filed a motion to appear *pro hac vice* in this matter. ECF Nos. 13-15. Katherine S. Bailey filed her appearance in this matter on July 23, 2021. ECF No. 60.

2. Ms. Bailey's last day of employment with JONES DAY will be April 28, 2022. After that date, she will no longer be representing Defendants.

---

[1] After the filing of Plaintiff's Amended Class Action Complaint (ECF No. 27), "United Continental Holdings, Inc." ("UCH") became "United Airlines Holdings, Inc." ("UAH").

3. Defendants will continue to be represented by Mr. Gray, Mr. Hall, and Ms. Woods.

4. Ms. Bailey's withdrawal as counsel will not prejudice any party to this matter.

WHEREFORE, Defendants respectfully request that this Court grant their Motion to Withdraw the Appearance of Katherine S. Bailey.

Dated: April 27, 2022                             Respectfully submitted,


                                                  s/ Douglas W. Hall
                                                  Michael J. Gray
                                                  Ann-Marie Woods
                                                  JONES DAY
                                                  110 North Wacker, Suite 4800
                                                  Chicago, IL 60606
                                                  Telephone: (312) 782-3939
                                                  Facsimile: (312) 782-8585
                                                  mjgray@jonesday.com
                                                  awoods@jonesday.com

                                                  Douglas W. Hall (admitted *pro hac vice*)
                                                  JONES DAY
                                                  51 Louisiana Avenue, N.W.
                                                  Washington, D.C. 200001
                                                  Telephone: (202) 879-3939
                                                  Facsimile: (202) 626-1700
                                                  dwhall@jonesday.com

## **CERTIFICATE OF SERVICE**

    This is to certify that, on this day, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

Dated: April 27, 2022

*s/* Douglas W. Hall  
Attorney for Defendants
